## Mockey *against* Grey.

THE error assigned on the return to the *certiorari* in this cause was, that the defendant below was an infant, and appeared by attorney, not by guardian.

*H. Bleecker*, for the plaintiff in error.

*Cady*, contra.

*Per Curiam.* It is error in all other courts, for an infant to appear by attorney. There is no reason why the same rule should not apply to a justice's court. The power of appointing a guardian, *ad litem*, is incident to every court, and a justice must possess this power. The judgment below must be reversed.

Judgment reversed.

*A justice of the peace may appoint a guardian ad litem; & if an infant appear by attorney, it is error.*

## [\*] Goodale *against* Holridge.

[* 193]

FROM the return to the *certiorari* in this cause, it appeared that the plaintiff in the court below declared against the defendant below, upon a promise made to him by the defendant, who was a constable, that if the plaintiff, against whom he had several executions issued from a justice's court, would deliver property to the defendant, as security for the payment of the executions, the defendant would wait thirty days before he sold the property; but the defendant, in violation of his promise, sold the property before the expiration of thirty days.

*A promise by a constable to a defendant, against whom he has an execution issued from a justices court, that if the defendant will deliver property as security, he will not sell it under 30 days, is void.*

*Ford*, for the plaintiff in error, contended, that the promise made by the defendant below, was illegal and void, and gave no right of action to the plaintiff. By the act,\* the constable is bound to levy the execution in twenty days after he receives it, and in ten days thereafter, pay the debt and costs levied into the hands of the the justice. A promise made by an officer, as a sheriff, for the omission of a duty which he is bound to perform, is void.†

It was further objected, that the evidence did not support the promise as laid in the declaration.

\* *Laws of N. Y. vol. 1. p. 500. § 15.*

† *Powel on Contracts* 195